17-18899  May 15, 2019  JPS:mms
Attorneys for Defendants, Allstate Property and Casualty Insurance
Company and Allstate Fire and Casualty Insurance Company

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JANNIE BARTON | : | CASE NO. 3:18-cv-00255-JGC |
| Plaintiff. | : | Judge Jeffrey Helmick |
| vs. | : | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, et al. | : | **ORDER FOR JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | : | |
| Defendants. | | |

COMES now the Court, upon the parties Joint Stipulation of Dismissal with Prejudice, and the Court being in all ways sufficiently advised, it is hereby ORDERED and ADJUDGED that the parties' Joint Stipulation of Dismissal with Prejudice is hereby GRANTED.  This matter is hereby DISMISSED, with prejudice.

So ORDERED this _____ day of _____, 2019.

_____
Judge Jeffrey Helmick

Clerk's Distribution:

All Counsel of Record